# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CLARENCE LOHRKE,

                      Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

                      Defendant.

Case No. 20-CV-99-JPS

**ORDER**

On January 21, 2020, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* (Docket #1). That same day, Plaintiff filed a motion to certify the class described in the complaint, grant relief from briefing requirements, and stay class certification. (Docket #3). On March 31, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket #8). Defendant has yet to file an answer or a motion for summary judgment. The Court will, therefore, adopt the notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify the class described in the complaint, grant relief from briefing requirements, and stay class certification (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 2nd day of April, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge